Lord Bissel & Brook
300 South Grand Ave
Suite 800 LA CA
90071

Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
JUL 25 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JUL 28 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. RICE,<br><br>    Plaintiff,<br><br>    vs.<br><br>FOX BROADCASTING COMPANY, a Delaware Corporation; FOX TELEVISION STATIONS, INC., a Delaware Corporation; EARL GREENBURG PRODUCTIONS, INC., a California Corporation; NASH ENTERTAINMENT, INC., a California Corporation; SRJ PRODUCTIONS, INC., a California Corporation; DLT ENTERTAINMENT LTD, a New York Corporation; RIVE GAUCHE INTERNATIONAL TELEVISION, a California Corporation; INTERNATIONAL CREATIVE MANAGEMENT, INC., a Delaware Corporation; BRUCE NASH; DON WEINER; EARL GREENBURG; RONALD GLAZER; DAVID JOHN; MICHAEL LANCASTER; SCOTT MITCHELL; DAVID NEXT; STEVE WOHL; AND LEONARD MONTANO, a.k.a. "Valentino," a.k.a. "The Masked Magician,"<br><br>    Defendants. | CASE NO. 99-10016 ABC (Ex)<br><br>[PROPOSED] JUDGMENT |

1

119

This court previously granted summary adjudication on June 26, 2001 in favor of Defendants FOX BROADCASTING COMPANY; FOX TELEVISION STATIONS, INC., EARL GREENBURG PRODUCTIONS, INC., NASH ENTERTAINMENT, INC., SRJ PRODUCTIONS, INC., RIVE GAUCHE INTERNATIONAL TELEVISION, BRUCE NASH; DON WEINER; EARL GREENBURG; RONALD GLAZER; and LEONARD MONTANO, a.k.a. "Valentino," a.k.a. "The Masked Magician," (collectively "Defendants") and against Plaintiff ROBERT RICE on Plaintiff's claims for copyright infringement, "false association"/false designation of origin under Section 43(a) of the Lanham Act, and unjust enrichment, constructive trust and accounting to the extent such claims relied on claims for copyright infringement, reverse passing off and false designation of origin, and on August 21, 2001 entered judgment in favor of Defendants on those claims. In its May 29, 2003 opinion the United States Court of Appeals for the Ninth Circuit affirmed the grant of summary adjudication on those claims in favor of Defendants.

Plaintiff's remaining claims for false advertising under Section 43(a) of the Lanham Act and Cal. Bus. & Prof. Code § 17200 and related claims for unjust enrichment, constructive trust and accounting were all resolved in Defendants' favor in the May 29, 2003 opinion of the United States Court of Appeals for the Ninth Circuit.

This case now comes before the court on remand from the Ninth Circuit.

JUDGMENT is therefore hereby entered in favor of Defendants and against Plaintiff on all of Plaintiff's remaining claims for relief against Defendants including false advertising under Section 43(a) of the Lanham Act, false advertising under Cal. Bus. & Prof. Code § 17200, unjust enrichment, constructive trust and accounting.

Dated: July 25, 2003

_____
Hon. Audrey B. Collins
United States District Judge

2

1  Dated: July 24, 2003
2  Respectfully submitted,
3  LORD, BISSELL & BROOK
4
5
6  By: _____
      James H. Wynn
7  LORD, BISSELL & BROOK
   300 South Grand Avenue, 8th Floor
8  Los Angeles, California 90071
   Telephone: (213) 485-1500
9  Facsimile: (213) 485-1200
   Attorneys for Defendants

3

| STATE OF CALIFORNIA | ) | **PROOF OF SERVICE** |
|---|---|---|
| COUNTY OF LOS ANGELES | ) ss. | |

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Eighth Floor, Los Angeles, California 90071-3119. On July 24, 2003, I served the foregoing document described as:

### [PROPOSED] JUDGMENT

on the parties or attorneys for parties in this action who are identified on the attached service list, using the following means of service. (If more than one means of service is checked, the means of service used for each party is indicated on the attached service list).

    **_____**   **BY PERSONAL SERVICE.** I placed __ the original or __ a true copy of the foregoing document in sealed envelopes individually addressed to each of the parties on the attached service list, and caused such envelope to be delivered by hand to the offices of each addressee.

    **_____**   **BY FACSIMILE TRANSMISSION.** I caused __ the original or __ a true copy of the foregoing document to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

    **__X__**   **BY MAIL.** I placed __ the original or _X_ a true copy of the foregoing document in a sealed envelope individually addressed to each of the parties on the attached service list, and caused each such envelope to be deposited in the mail at 300 South Grand Avenue, Eighth Floor, Los Angeles, California 90071-3119. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that is it collected in the ordinary course of business.

    **_____**   **BY EXPRESS MAIL.** I placed __ the original or __ a true copy of the foregoing document in a sealed envelope individually addressed to each of the parties on the attached service list, and caused such envelope or package to be deposited in the mail at 300 South Grand Avenue, Eighth Floor, Los Angeles, California 90071-3119. Each envelope was mailed with Express Mail postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

    **_____**   **BY FEDERAL EXPRESS.** I placed __ the original or __ a true copy of the foregoing document in a sealed envelope or package designated by Federal Express with delivery fees paid or provided for, individually addressed to each of the parties on the attached service list, and caused such envelope or package to be delivered at 300 South Grand Avenue, Eighth Floor, Los Angeles, California 90071-3119, to an authorized courier or driver authorized by Federal Express to receive documents.

    **_____**   **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **__X__**   **(Federal)** I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

Executed on July 24, 2003, at , Los Angeles, California.

                                                                            */s/ Sonia Chimelis*
                                                                             Sonia Chimelis

## PROOF OF SERVICE MAILING LIST

*Robert E. Rice v. Fox Broadcasting Company, et al.*
**U.S. District Court Case No. 99-10016 ABC (Ex)**

| | |
|---|---|
| Herbert Hafif, Esq.<br>Larry A. Sackey, Esq.<br>Michael G. Dawson, Esq.<br>LAW OFFICES OF HERBERT HAFIF<br>269 West Bonita Avenue<br>Claremont, CA 91711-4784<br>Tel: (909) 624-1671<br>Fax: (909) 625-7772 | Attorneys for Plaintiff<br>ROBERT E. RICE |

305275_1